**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| DOMINIQUE MORELAND | CIVIL ACTION NO. 24-1424 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| TYLER KOLB, ET AL. | MAGISTRATE JUDGE HORNSBY |

## <u>ORDER</u>

The Court having reviewed the Report and Recommendation of the Magistrate Judge previously filed herein, Record Document 72, plaintiff's Motion for Clarification Regarding Exhibits, Record Document 65, and defendants' Motion to Dismiss, Record Document 66, plaintiff's Memorandum in Opposition to the Motion to Dismiss and defendants' Reply, Record Documents 68 and 69, as well as the written objections to the Report and Recommendation by plaintiff and defendants and plaintiff's response to the objection of defendants, Record Documents 73, 74, 75, and after a *de novo* review of the record, and concurring with the findings of the Magistrate Judge under the applicable law, the Court **ADOPTS** the Report and Recommendation and the reasons articulated therein. Accordingly,

**IT IS ORDERED** that plaintiff's Motion for Clarification Regarding Exhibits, Record Document 65, is **DENIED**. Her restated and amended complaint is deemed not accompanied by any exhibits.

**IT IS FURTHER ORDERED** that defendants' Motion to Dismiss, Record Document 66 is **GRANTED IN PART** as follows: (1) all claims against Lisa A. Player

1

and any John or Jane Doe defendants are **DISMISSED**; (2) all federal or state law claims of excessive force against Robert Brice are **DISMISSED**; (3) all federal or state law claims of malicious prosecution claims against Robert Brice, Chasen Swan, or Paula Goleman are **DISMISSED**; (4) all claims under 42 U.S.C. § 1983 for abuse of process are **DISMISSED**; (5) all federal and state law claims for conspiracy are **DISMISSED**; and (6) all *Monell* claims against the City of Shreveport are **DISMISSED**. The defendants' Motion to Dismiss is **DENIED** in all other respects.

**DONE AND SIGNED** at Shreveport, Louisiana, this 7th day of July, 2026.

_____
ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE